**People of the State of Illinois, Plaintiff-Appellee, v. William Rucker, Defendant-Appellant.**

Gen. No. 51,634.

First District, Third Division.

June 1, 1967.

Gerald W. Getty, Public Defender of Cook County, of Chicago (Norman W. Fishman and James J. Doherty, Assistant

Public Defenders, of counsel), for appellant; John J. Stamos, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and Oliver Ferguson, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE SCHWARTZ. Not to be published in full.